O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL PARKS,<br><br>             Plaintiff,<br><br>         v.<br><br>WREN, *et al.*,<br><br>             Defendants. | Case No. ED CV 12-1353 SVW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections generally reiterate the arguments made in the FAC, and lack merit for the reasons set forth in the Report and Recommendation.

///
///
///
///
///
///

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action with prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: February 4, 2015  _____

                                      HON. STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action with prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: February 4, 2015

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE