O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL PARKS,<br><br>        Plaintiff,<br><br>    v.<br><br>WREN, *et al.*,<br><br>        Defendants. | Case No. ED CV 12-1353 SVW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 4, 2015  _____

                                                HON. STEPHEN V. WILSON<br>
                                         UNITED STATES DISTRICT JUDGE