UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-1353 SVW (JCG) | Date | December 2, 2016 |
|---|---|---|---|
| Title | *Darrell Parks v. Wren, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY FIRST AMENDED COMPLAINT SHOULD NOT BE DISMISSED**

On October 1, 2013, plaintiff Darrell James Parks ("Plaintiff"), a state prisoner proceeding *pro se*, filed a first amended civil rights complaint pursuant to 42 U.S.C. § 1983 ("FAC"). On February 4, 2015, the Court dismissed the action with prejudice. [Dkt. Nos. 38, 39.] On June 1, 2016, the Ninth Circuit mandated that the Court hold further proceedings on the First Amendment retaliation claim brought by Plaintiff against one defendant, R. Villegas. [Dkt. No. 44 at 3-4.]

On August 23, 2016, the Court issued an "Order Regarding Service of Process" ("Service Order"), and specified that litigation would proceed only as to Plaintiff's First Amendment retaliation claim against R. Villegas. [Dkt. No. 48 at 1.] The Service Order required Plaintiff to submit a "Notice of Submission" ("Notice") by October 24, 2016, informing the Court that he had complied with the Service Order. [*Id.* at 2.] The Court has yet to receive the Notice from Plaintiff. It is Plaintiff's responsibility to provide the United States Marshal with sufficient information to serve a defendant. *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

Additionally, in the Service Order, the Court extended Federal Rule of Civil Procedure 4(m)'s time limit for service. [Dkt. No. 48 at 2.] That time limit has now expired, and there is no indication that R. Villegas has been served.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and by **December 16, 2016**, why this action should not be dismissed for failure to serve the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-1353 SVW (JCG) | Date | December 2, 2016 |
|---|---|---|---|
| Title | *Darrell Parks v. Wren, et al.* | | |

FAC, prosecute, and/or comply with court orders.

**Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause may result in the dismissal of this action without prejudice.**

cc: Parties of Record

                                                                                                                                                                                                                                                                                     00 : 00

Initials of Preparer         kh