UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>WREN, et al.,<br><br>    Defendants. | Case No. 5:12-cv-01353-SVW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the deadline for doing so has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice and without leave to amend.

DATED: September 27, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE