JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL PARKS,<br>    Plaintiff,<br>v.<br>WREN, et al.,<br>    Defendants. | Case No. 5:12-cv-01353-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED:  September 27, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE